
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WELCH ALLYN, INC.,

          *Plaintiff*,

-vs-

OBP MEDICAL CORPORATION

          *Defendant*.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.
5:14-cv-01122-TJM-DEP;
5:16-cv-538-TJM-DEP

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for plaintiff Welch Allyn, Inc. and defendant OBP Medical Corporation, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that this case, including all claims and defenses of both parties, should be dismissed with prejudice, and that all rights of appeal of all claims and defenses of both parties, are waived, with each party to bear its own costs and attorneys' fees.

13982218

BARCLAY DAMON LLP

By: /s/ Douglas J. Nash
Douglas J. Nash (511889)
Jason S. Nardiello (107138)
John D. Cook (511491)
Bella S. Satra (518204)

Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 425-2700
E-Mail: dnash@barclaydamon.com

*Attorneys for Plaintiff*
Welch Allyn, Inc.

COWAN, LIEBOWITZ & LATMAN, P.C.

By: /s/ J. Christopher Jensen
J. Christopher Jensen (507753)
Mark Montague (519053)

Office and Post Office Address
114 West 47th Street
New York, New York 10036-1525
Telephone: (212) 790-9200
E-Mail: jcj@cll.com

Ashley D. Hayes (511333)
James P. Youngs
Hancock Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500
E-Mail: ahayes@hancocklaw.com

David E. Lurie, Esq.
Elizabeth Page Wilkins, Esq.
One McKinley Square
Boston, Massachusetts 02109
Telephone: (617) 367-1970
E-Mail: dlurie@luriefriedman.com

*Attorneys for Defendant*
OBP Medical Corporation

IT IS SO ORDERED.

Dated: Oct. 6, 2017
Binghamton, New York

/s/ Thomas J. McAvoy
Hon. Thomas J. McAvoy
Senior U.S. District Judge

-2-

13982218